```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 14-02719-RNO
Scott R Swann                                                 Chapter 13
Leela M Swann
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: May 18, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.
db/jdb         +Scott R Swann,   Leela M Swann,   225 Test Road,   York, PA 17404-8626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Scott R Swann dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Leela M Swann dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    Nationstar Mortgage LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul William Cressman     on behalf of Creditor    Nationstar Mortgage LLC pamb@fedphe.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Swann<br>    Debtor<br><br>U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT<br>    v.<br>Scott Swann<br>    and<br>Charles J. DeHart, III<br>    Trustee | Chapter 13<br><br>NO. 14-02719 RNO |

## ORDER

  Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 (if applicable), is modified to allow U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 225 Test Road York, PA 17404.

  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

*Robert N. Opel II* (signature)

Dated: May 17, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)