UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Scott R Swann
    Leela M Swann
        Debtor(s)            CHAPTER 13

                                  CASE NO. 1:14-02719-RNO

## MOTION TO STOP WAGE ATTACHMENT

**COME NOW**, the Debtors, Scott and Leela Swann, by and through counsel, Dawn M. Cutaia, and respectfully represent:

1. The Debtors filed a Chapter 13 Petition on June 9, 2013.
2. The Debtor Scott R. Swann agreed to a wage attachment and a wage attachment order was entered on December 8, 2014.
3. Debtor Scott R. Swann no longer consents to the wage attachment and requests that it be terminated.

**WHEREFORE**, the Debtors respectfully request this Honorable Court terminate the wage attachment

                Respectfully Submitted,

                By: **/s/ Dawn M. Cutaia**
                     Dawn M. Cutaia
                     Supreme Court ID 77965
                     Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Scott R Swann
    Leela M Swann
        Debtor(s)                  CHAPTER 13

                                              CASE NO. 1:14-02719-RNO

## ORDER TO STOP WAGE ATTACHMENT

    **AND NOW**, upon consideration of Debtors' Motion to Terminate Wage Attachment, said motion is hereby granted.