UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SCOTT R SWANN<br>LEELA M SWANN | CASE NO: 1:14-02719-RNO<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 11/22/2017, I did cause a copy of the following documents, described below,

motion and order to stop wage attachment,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 11/22/2017

/s/ Dawn Cutaia
Dawn Cutaia  77965
Cutaia Law, LLC
115 E. Philadelphia St.
York, PA  17401
717 304 1841
cutaialaw@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT R SWANN
LEELA M SWANN

CASE NO: 1:14-02719-RNO

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/22/2017, a copy of the following documents, described below,

motion and order to stop wage attachment,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/22/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Cutaia Law, LLC
Dawn Cutaia
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-14-BK-02719-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
WED NOV 22 13-20-45 EST 2017

2 US BANK NATIONAL ASSOCIATION ET AL
CO RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708 IRVINE CA 92619-2708

3 US BANK NATIONAL ASSOCIATION ET AL
CO RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708 IRVINE CA 92619-2708
US BANK NATIONAL ASSOCIATION ET AL
CO RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708 IRVINE CA 92619-2708

4 ACCT RECOV
555 VAN REED RD
WYOMISSING PA 19610-1756

5 BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON DE 19801-5014

6 BERKS CC
PO BOX 329
TEMPLE PA 19560-0329

7 BERKS CREDIT COLL
900 CORPORATE DR
READING PA 19605-3340

8 BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

9 CAVALRY PORTFOLIO SERV
PO BOX 27288
TEMPE AZ 85285-7288

10 CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-1340

11 CREDIT BUREAU OF YORK
33 S DUKE ST
YORK PA 17401-1485

12 PAUL WILLIAM CRESSMAN
PHELAN HALLINAN LLP
1617 JFK BLVD SUITE 1400
PHILADELPHIA PA 19103-1814

*EXCLUDE*

13 ~~DAWN MARIE CUTAIA~~
~~CUTAIA LAW LLC~~
~~115 EAST PHILADELPHIA STREET~~
~~YORK~~
~~YORK PA 17401-2437~~

14 CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

15 JOSHUA I GOLDMAN
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

16 HSBC BANK
PO BOX 9
BUFFALO NY 14240-0009

17 INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

18 MIDLAND FUNDING
8875 AERO DR STE 200
SAN DIEGO CA 92123-2255

19 NATIONAL RECOVERY AGEN
2491 PAXTON ST
HARRISBURG PA 17111-1036

20 NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

21 PA DEPARTMENT OF REVENUE
DEPARTMENT 280946
ATTENTION- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0001

22 THOMAS I PULEO
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

23 RECOVERY MANAGEMENT SYSTEMS
CORPORATION
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

24 RECOVERY MANAGEMENT SYSTEMS
CORPORATION
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

25 JOSEPH P SCHALK
BARLEY SNYDER
126 EAST KING STREET
LANCASTER PA 17602-2893

26 SEARSCBNA
PO BOX 6189
SIOUX FALLS SD 57117-6189

27 SSTCIGPF1C
4315 PICKETT ROAD
SAINT JOSEPH MO 64503-1600

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

|  |  | *DEBTOR* |
|---|---|---|
| 28 SSTSYNOVUS<br>PO BOX 3997<br>SAINT JOSEPH MO 64503-0997 | 29 LEELA M SWANN<br>225 TEST ROAD<br>YORK PA 17404-8626 | 30 SCOTT R SWANN<br>225 TEST ROAD<br>YORK PA 17404-8626 |
| 31 SYNCBLOWES<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | 32 SYSTEM SERVICES TECHNOLOGIES INC<br>4315 PICKETT ROAD<br>ST JOSEPH MO 64503-1600 | 33 UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| 34 JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 | 35 WELLS FARGO BANK NA<br>PO BOX 19657<br>IRVINE CA 92623-9657 | 36 WFDSWDS<br>PO BOX 1697<br>WINTERVILLE NC 28590-1697 |
| 37 YORK ADAMS TAX BUREAU<br>1405 N DUKE STREET<br>PO BOX 15627<br>YORK PA 17405-0156 | 38 YORK TAX CLAIM BUREAU<br>28 EAST MARKET STREET<br>YORK PA 17401-1501 |  |