IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Scott R Swann and Leela M Swann | : | Case No. 1:14-bk-02719 |
| | : | Chapter 13 |
| Debtors | : | |

## MOTION TO VOLUNTARYILY DISMISS CHAPTER 13 PETITION

AND NOW, this 15th day of February, 2108, the Debtors, by and through their attorney, Dawn M. Cutaia, files this Motion to Voluntarily Dismiss the above captioned Chapter 13 bankruptcy Petition.

1. Debtors filed a voluntary Chapter 13 bankruptcy on June 9, 2014.
2. Debtors wish to have this Chapter 13 bankruptcy petition voluntarily dismissed.

WHEREFORE, Debtors respectfully request this Honorable Court dismiss the above captioned Chapter 13 petition.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Attorney for Debora
77965
115 E. Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
Scott and Leela Swann : Case No.
1:14-bk-02719
:
Debtors : Chapter 13

## ORDER

AND NOW, upon consideration of Debtors' Motion to Voluntarily Dismiss Chapter 13 Petition, said Motion is hereby granted, and Debtors' Petition, docketed to 14-2719, is Dismissed.