```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 14-02719-HWV
Scott R Swann                                                       Chapter 13
Leela M Swann
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman              Page 1 of 2              Date Rcvd: Feb 16, 2018
                              Form ID: pdf010              Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db/jdb         +Scott R Swann,    Leela M Swann,    225 Test Road,    York, PA 17404-8626
4502670        +Acct Recov,    555 Van Reed Rd,    Wyomissing, PA 19610-1756
4502674       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
4502671        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
4502676        +Credit Bureau Of York,    33 S Duke St,    York, PA 17401-1485
4502677        +Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
4502680       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
4502681        +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
4502682        +Sst/Cigpflc,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
4502683        +Sst/Synovus,    Po Box 3997,    Saint Joseph, MO 64503-0997
4872756         U.S. Bank National Association, et al...,    c/o Rushmore Loan Management services,
                P.O. Box 52708, Irvine, CA 92619-2708
4872757         U.S. Bank National Association, et al...,    c/o Rushmore Loan Management services,
                P.O. Box 52708, Irvine, CA 92619-2708,    U.S. Bank National Association, et al.,
                c/o Rushmore Loan Management services,    P.O. Box 52708, Irvine, CA 92619-2708
4509351         Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
4502685        +Wfds/Wds,    P.O. Box 1697,    Winterville, NC 28590-1697
4502667        +York Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4502672        +E-mail/Text: banko@berkscredit.com Feb 16 2018 18:51:51      Berks Cc,    P.O. Box 329,
                Temple, PA 19560-0329
4502673        +E-mail/Text: banko@berkscredit.com Feb 16 2018 18:51:51      Berks Credit & Coll,
                900 Corporate Dr,    Reading, PA 19605-3340
4502675        +E-mail/Text: bankruptcy@cavps.com Feb 16 2018 18:51:57      Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
4504308        +E-mail/Text: bankruptcy@cavps.com Feb 16 2018 18:51:57      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4590928        +E-mail/Text: cio.bncmail@irs.gov Feb 16 2018 18:51:51      Internal Revenue Service,
                P O BOX 7346,    Philadelphia PA 19101-7346
4502678        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 18:51:54      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4502679        +E-mail/Text: Bankruptcies@nragroup.com Feb 16 2018 18:52:02      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
4502669        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 18:51:52      PA Department of Revenue,
                Department 280946,    Attention: Bankruptcy Division,    Harrisburg, PA 17128-0001
4520928         E-mail/PDF: rmscedi@recoverycorp.com Feb 16 2018 18:53:37
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
4502684        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 18:53:28      Syncb/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
4557100        +Fax: 866-311-5818 Feb 16 2018 19:03:36      System & Services Technologies, Inc,
                4315 Pickett Road,    St. Joseph, MO 64503-1600
4502668        +E-mail/Text: kcm@yatb.com Feb 16 2018 18:51:50      York Adams Tax Bureau,    1405 N. Duke Street,
                PO Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4558515*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX  75261-9741)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 2 Leela M Swann dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Scott R Swann dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          Joseph P Schalk    on behalf of Creditor    Nationstar Mortgage LLC jschalk@barley.com,
           sromig@barley.com
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Paul William Cressman    on behalf of Creditor    Nationstar Mortgage LLC pamb@fedphe.com
          Recovery Management Systems Corporation     claims@recoverycorp.com
          Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
Scott and Leela Swann : Case No.
: 1:14-bk-02719
:
Debtors : Chapter 13

### ORDER

AND NOW, upon consideration of Debtors' Motion to Voluntarily Dismiss Chapter 13 Petition, said Motion is hereby granted, and Debtors' Petition, docketed to 14-2719, is Dismissed.

Dated: February 16, 2018    By the Court,

*[signature]*
Henry W. Van Eck, Bankruptcy Judge (KB)